IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES CHRISTIAN, #09050389, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:10-CV-0852-P(BK) |
| | § | |
| LIEUTENANT JACKSON, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in

this case. No objections were filed. The District Court reviewed the proposed findings,

conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the

Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 8th day of Sept., 2010.


_____
UNITED STATES DISTRICT JUDGE